4-23CV-1028P

CAUSE NO. 096-346124-23

| | |
|---|---|
| RAQUEL WILLIAMS, | IN THE DISTRICT COURT |
| Plaintiff, | |
| | 96<sup>TH JUDICIAL</sup> DISTRICT |
| VS. | |
| WAL-MART STORES INC., | TARRANT COUNTY, TEXAS |
| Defendant. | |

**AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Raquel Williams, ("Plaintiff") files this Amended Complaint to Defendant's Original Petition ("Petition"), and in support thereof, would answer respectfully and show the Court the following:

### I. Introduction

1. Under Rule 8(a) of the Federal Rules of Civil Procedure, (2)a pleading that states the pleader is entitled to relief and (3) demand for the relief sought, which may include relief in the alternative/several types of relief.

On September 15, 2021, at 5:30pm, the Plaintiff was critically injured, while shopping in one of the Defendant's Walmart Super Stores, located at 5336 Golden Triangle Blvd., in Ft. Worth, Texas. A (65" in TV), fell off the shelf and fell on the Plaintiff's right leg. The Plaintiff back was turned at the time the TV fell on the Plaintiff's leg and therefore caused 0% of any contributory negligence. Therefore the Plaintiff should be entitled to the **entire relief requested in the Petition**. pursuant to Texas Civil Practice & Remedies Code section 333.003.

## II. Complete Diversity & Amount in Controversy

1. Pursuant to the State Court Action, at the time of the filing of this Petition, Plaintiff, Raquel Williams was, and still is, an individual residing in Texas and was, and still is, a citizen of Texas.

2. Defendant Wal-Mart Stores Inc. Is now, and was always relevant hereto, an incorporated entity under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Defendant Wal-Mart Stores, Inc.'s corporate headquarters, including officers and directors, is located at 702 S. W. 8th Street, Bentonville, Arkansas 72716-8312.

3. Accordingly, for diversity purposes, Wal-Mart Stores, Inc. Is a citizen of Delaware and Arkansas.

4. In light of the foregoing, the parties are of completely diverse citizenship. See 28 U.S.C. 1332(c)(1) 144 (b). Therefore, I "replead", to the court, Rule 9, that the original request to aide in the Plaintiff, Raquel Williams, being awarded **$150,000.00 USD**, be reduced to **$75,000.00,** for all damages, injuries, loss, pain and suffering and future distress, which were in direct correlation With the incident on September 15, 2021. See Plaintiff's Original Petition, attached hereto as Exhibit "B"

5. Plaintiff is now left with a permanent unexplained scar on her right leg that has altered her skin appearance for the rest of the Plaintiff life!

## III. Discovery

1. Plaintiff, representative, Carolyn Houston has in good faith conferred or attempted to confer with the Defendant's attorney, Randall G Walters, failing to make disclosure of original video for discovery and to obtain it without a court action. pursuant to Rule 37 of the Federal Rules of Civil Procedures.

## IV. Jury Demand

1. Plaintiff, hereby exercises Defendant's right to demand a trial by jury under Rule 216 of the Texas Rules of Civil Procedure on all issues triable by a jury.

### V. Prayer

FOR THESE REASONS, Plaintiff, respectfully prays that the Court enter a judgement that:

1. Grant the Plaintiff is entitled to all claims against the Defendant and order that Defendant Pay 100% of the award that the Plaintiff is asking for and feels entitled to.

2. Orders that the Defendant pays all cost incurred in the defense of the Plaintiff claim, And that Plaintiff's judgment against Defendant includes the following:

    a. Reasonable attorneys' fee

    b. Costs of suit; and

    c. Such other and further relief, general and special, at law or in equity, to which Plaintiff May be justly entitled.

Representative:
Carolyn Houston CEO
Houston S Consutant
469-734-1988
Houstonsconsultant@yahoo.com

Respectfully submitted,

Raquel Williams

BY: *Raquel Williams*    10/18/2023

Raquel Williams
Raqdesdak@yahoo.com
3919 Pleasant Run. Apt. 115
Irving, Texas 75038-5749
972-374-6448

*[Notary stamp: NICHOLAS JULIAN HINKLE, Notary Public, State of Texas, Comm. Expires 08-15-2027, Notary ID 134609147]*

October 18, 2023
State of Texas
County of Dallas



WALMART CLAIMS SERVICES, INC.

ATTN: Compliance Office

    P.O. Box 14731

    Lexington, KY 40512-4731

    800-527-0566

IV: Statement of Claim:

On September 15, 2021, at 5:30pm, my client, Ms. Williams, suffered **severe and critical injuries**, while shopping in one of your Walmart Super Stores, located at 5336 Golden Triangle Blvd., Ft. Worth, Texas. while shopping. Ms. Williams heard a loud noise behind her back as she was standing in the electronic area. Just as Ms. Williams turn to look, a (65'in TV) fell on her and struck her on the right leg. (Per her statement). When this happened, she immediately shouted out, **"Ouch that hurts"**! The female Walmart employee, which claimed responsibility for the accident, walked over to me, accompanied by a male employee, together they picked up the TV from the floor and walked away. Neither one of the employees asked if Ms. Williams was okay, or if she needed medical treatment. These two employees, (whose names were not released), walked away and never reported the Incident.

As a result of the incident on September 15, 2021, Ms. Williams has been left with:

1. Painful bruised and swollen right leg, which made it exceedingly difficult for her to walk! This has resulted in a **permanent scar** on her right leg. (Photos included), this has been a horrible reminder of her injury that will NEVER go away!

2. Ms. Williams, is now left with very severe Anxiety about shopping in Walmart for fear of something falling on her and that the employees will not render aide!

3. As of today, September 15, 2023, Ms. Williams, still has a permanent unexplained scar on her leg caused from her accident at Walmart. She has been seeking several opinions from doctors as to why her leg has not healed!

'Walmart customers are considered "invitees," which provides the highest level of legal protection. Therefore Walmart, must take reasonable steps to ensure the safety of those who are invited onto their property!

A **"Breach of Duty"** on Walmart for their negligence in failure to protect Ms. Williams while on their premises, has forever changed her life and they are a direct cause of her injuries, pain, and suffering!

Please find attached the documentation to support these damages.

V. Relief: State briefly exactly what you want the court to do for you. Make no legal

Arguments and do not cite cases or statutes. Attach additional pages if necessary.

On behalf of Ms. Raquel Williams, she will like the courts to aide in her being awarded $150,000.00 USD, for all damages, injuries, loss, pain, and suffering and future distress, which were in direct correlation with the incident on September 15, 2021.

Signed this _15th_ day of _September_, 20_23_.

(Month) (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _9/15/2023_

Date

x _Raquel Williams_

Signature of each Plaintiff

x _Frederick J. Willis Sr._   Sept. 15, 2023

Notary Public State of TEXAS



FREDERICK J. WILLIS SR.
Notary Public, State of Texas
Comm. Expires 01-02-2026
Notary ID 12408121-5








# CITATION

Cause No. 096-346124-23

RAQUEL WILLIAMS

VS.

WAL-MART STORES, INC.

**ISSUED**
This 20th day of September, 2023

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By   AMANDA PFISTERER Deputy

---

PRO SE
Name: RAQUEL WILLIAMS
(972)374-6448
Address: 3919 PLEASANT RUN RD APT 115
IRVING, TX 75038-5749

*CIVIL LAW*

*096346124230000003*

SERVICE COPY

# THE STATE OF TEXAS
# DISTRICT COURT, TARRANT COUNTY

SERVICE COP[Y]

## CITATION                    Cause No. 096-346124-23

RAQUEL WILLIAMS
VS.
WAL-MART STORES, INC.

### TO: WAL-MART STORES INC

CLAIMS SERVICES INC ATTN: COMPLIANCE OFFICE PO BOX 14731 LEXINGTON, KY 40512-4731

You said DEFENDANT are hereby commanded to appear by filing a written answer to the GENERAL COMPLAINT at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 96th District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

RAQUEL WILLIAMS

Filed in said Court on September 15th, 2023 Against
WAL-MART STORES INC

For suit, said suit being numbered 096-346124-23 the nature of which demand is as shown on said GENERAL COMPLAINT a copy of which accompanies this citation.

PRO SE
Attorney for RAQUEL WILLIAMS Phone No. (972)374-6448
Address    3919 PLEASANT RUN RD APT 115 IRVING, TX 75038-5749

_Thomas A. Wilder_, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 20th day of September, 2023.

By _Amanda P[...]_  Deputy
AMANDA PFISTERER

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN *09634612423000003*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of: _____ at _____ o'clock ___M on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of GENERAL COMPLAINT, having first endorsed on same the date of delivery.

Deputy/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

**096 346124 23**

General Complaint

FILED
TARRANT COUNTY

IN THE ~~UNITED STATES~~ DISTRICT COURT 2023 SEP 15 PM 4: 02

FOR THE ~~EASTERN DISTRICT~~ OF TEXAS

THOMAS A. WILDER
DISTRICT CLERK

Raquel Williams

Case Number: _____

VS.

WAL-MART STORES, INC.,

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

    A. In the preparation of this suit, I have attempted to secure the aid of an

    Attorney as follows: (circle one)

    1. Employ Counsel

    2. Court - Appointed Counsel

    3. Lawyer Referral Service of the State Bar of Texas,

    P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address (is) of the attorney(s):

Houston S Consultant

Carolyn Houston CEO

469-734-1988

houstonsconsultant@yahoo.com

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts?

Involved in this action or any other incidents? _____Yes _x____ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below.

If there is more than one lawsuit, attach a separate piece of paper describing

Each.

1. Approximate file date of lawsuit: _____N/A_____

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If

State, name the county.

_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.

_____

6. Disposition: Was the case dismissed, appealed or still pending?

_____

7. Approximate date of disposition. _____


III. Parties to this suit:


A. List the full name and address of each plaintiff:

Raquel Williams

3919 Pleasant Run Rd. Apt.115

Irving, TX, 75038-5749

972-374-6448
RAQDES DAIL@ YAHOO.COM

B. List the full name of each defendant, their official position, place of employment

And full mailing address.