UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RAQUEL WILLIAMS,**

   Plaintiff,

v.   No. **4:23-cv-01028-P**

**WAL-MART STORES, INC.,**

   Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Dismissal Order entered this same day (ECF No. 13), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED without prejudice**.

**SO ORDERED** on this **11th day** of **March 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE